IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| SHELLY SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-139 |
| | ) | |
| BRIAN OWENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, an inmate at Johnson State Prison in Wrightsville, Georgia, commenced the above-captioned civil rights case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On December 4, 2014, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days. 28 U.S.C. § 1915(b)(1). The time to respond has passed, and Plaintiff has not submitted the documents required by the Court's December 14th Order. Instead, Plaintiff has submitted $350.00 to the Clerk in lieu of returning the forms.

In accordance with the Court's December 4th Order, Plaintiff must submit the Trust Fund Account Statement and Consent to Collection of Fees if he is to continue to proceed IFP. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915). If Plaintiff wishes to no longer proceed IFP, he must pay the full $400.00 filing fee required for non-IFP civil actions in this Court. See http://www.gasd.uscourts.gov/usdcCourtInfo.asp#courtFees Accordingly, the Court **ORDERS** Plaintiff to either submit the entire $400.00 required for non-

IFP civil actions or submit a Trust Fund Account Statement and Consent to Collection of Fees according to the Court's December 4th Order to continue to proceed IFP within 14 days of the date of this Order.

SO ORDERED this 8th day of January, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA