IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SHELLY SIMMONS, | ) |
| Plaintiff, | ) |
| v. | ) CV 314-139 |
| BRIAN OWENS, et al., | ) |
| Defendants. | ) |

**O R D E R**

Plaintiff, an inmate incarcerated at Johnson State Prison in Wrightsville, Georgia, commenced the above-styled civil action pursuant to 42 U.S.C. § 1983.. (Doc. no. 1.) He is proceeding *pro se* and was granted permission to proceed *in forma pauperis*. (Doc. no. 3.) Plaintiff now requests to voluntarily dismiss this case. (Doc. no. 6.) As no defendant has filed an answer or a motion for summary judgment in this case, Plaintiff may dismiss his case without an Order from the Court. Fed. R. Civ. P. 41(a)(1)(i). Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and to terminate all pending motions.

SO ORDERED this 22nd day of January, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA